# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 25 MM 2019
:
:
v. :
:
:
THOMAS EARL BECKER :
:
:
PETITION OF: R. RUSSELL PUGH :

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of May, 2019, in consideration of the Petition to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Lancaster County for that court to determine whether Thomas Becker's current counsel should be granted leave to withdraw. *See* Pa.R.Crim.P. 120(B) (providing that an attorney may not unilaterally withdraw his or her appearance with respect to a criminal defendant; rather, a court must determine whether leave to withdraw is warranted); *see also* Pa.R.Crim.P. 904 (providing that appointed counsel's representation in a PCRA matter continues through the allocatur review stage).

If current counsel is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Thomas Becker being appointed counsel or granted leave to proceed *pro se*. The Court of Common Pleas of Lancaster County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.